IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) UNITED STATES OF AMERICA, *ex rel.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 14-CV-471-GKF-TLW ) |
| (1) H&R ENTERPRISES, LLC, | ) ) |
| Defendant. | ) |

## ORDER

Before the court is Plaintiff United States of America's *Unopposed Motion for Leave to Appear with a Representative with Limited Settlement Authority.* [Dkt. 21]. The court finds that attendance of the Assistant United States Attorney as the sole representative of the United States during the settlement conference scheduled for May 12, 2015, at 1:30 p.m. complies with the criteria of Local Court Rule 16.2. The court after considering said matter, does hereby GRANT Plaintiff's motion.

IT IS THEREFORE ORDERED that the United States is granted leave to proceed with the attendance of the Assistant United States Attorney of record in this case as the sole representative of this case during the settlement conference scheduled for May 12, 2015.

DATED this 28th day of April, 2015.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE