## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) UNITED STATES OF AMERICA, *ex rel.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-CV-471-GKF-TLW |
| v. | ) ) | |
| (1) H&R ENTERPRISES, LLC, | ) ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

The parties hereto, having reached a settlement as to the entire matter, hereby request, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this matter be dismissed, without prejudice, each party to bear their own attorney's fees and costs.

Date: November 12, 2015

Respectfully submitted,

United States of America
Danny C. Williams, Sr.
United States Attorney

/s/Marianne Hardcastle
Marianne Hardcastle
Assistant United States Attorney

Date: November 12, 2015

/s/Sean E. Manning
Sean E. Manning
Shook & Manning, P.L.L.C.
Counsel for H&R Enterprises, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I caused to be electronically transmitted to

the Clerk of Court the Joint Stipulation of Dismissal, using the ECF System, for filing and

transmittal of a Notice of Electronic filing to the following ECF registrants:

Sean Manning
Shook & Johnson, PLLC
Counsel for H&R Enterprises, LLC